UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

-------------------------------------------------------x

MARY CONNER, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

SAYBONE, INC.

        Defendant

-------------------------------------------------------x

Case No. 3:22-CV-560-MOC-DSC

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Mary Conner, by and through her attorney of record, with permission and consent of Defendant Saybone, Inc., by and through its attorney of record, and hereby dismisses the complaint filed in the above action pursuant to F.R.C.P. Rule 41(a) with prejudice.

Respectfully submitted,

This 18th day of January, 2023.

| | |
|---|---|
| */s/ Sanjay R. Gohil* | */s/ Amanda P. Nitto* |
| Sanjay R. Gohil | Amanda P. Nitto |
| N.C. Bar No. 24250 | N.C. Bar No. 45158 |
| srg@gohillaw.com | anitto@robinsonbradshaw.com |
| | |
| Law Offices of Sanjay R. Gohil PLLC | Robinson, Bradshaw & Hinson, P.A. |
| 6135 Park S. Drive, Suite 510 | 101 North Tryon Street, Suite 1900 |
| Charlotte, NC 28210 | Charlotte, North Carolina 28246-1900 |
| Telephone: 704-814-0729 | Telephone: 704-377-2536 |
| Facsimile: 704-814-0730 | Facsimile: 704-378-4000 |
| | |
| *Attorneys for Plaintiff Mary Conner* | *Attorneys for Defendant Saybone, Inc.* |